UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SHEILA JAMES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:13-CV-2439-G (BH) |
| SEARS HOLDING CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court. Therefore, Plaintiff's complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2).

**SO ORDERED**.

March 26, 2014.

*[signature: A. Joe Fish]*

A. JOE FISH
**Senior United States District Judge**